UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
JAIME PACHECO, :

                Plaintiff <u>Pro Se</u>, :

      -against- :

NEW YORK CITY DEPT. OF
CORRECTIONS, ANNA M. KROSS
CENTER, DEPUTY TINDAL, DEPUTY
BARRETT, CAPTAIN JOHN, CAPTAIN
RAKESTRAW, CAPTAIN ZOUHBI,
CAPTAIN MCFARELANE, C.O.
LATTIMORE, C.O. ATTMORE, C.O.
GOODMAN,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

07 Civ. 7904 (WHP)

ORDER

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #:*
*DATE FILED: 11/16/07*

WILLIAM H. PAULEY III, District Judge:

        Plaintiff's request to adjourn the initial pre-trial conference scheduled for November 30, 2007 is denied.

        Plaintiff's request that the Court provide an interpreter is also denied. However, Plaintiff may designate a representative to appear at the pre-trial conference on his behalf.

Dated:    November 15, 2007
            New York, New York

                            SO ORDERED:

                            WILLIAM H. PAULEY III
                                U.S.D.J.

*Copy mailed to*:

Jaime Pacheco
DIN: 00-R-5057
c/o Bare Hill Correctional Facility
Caller Box 20, 181 Brand Road
Malone, NY 12953
*Plaintiff Pro Se*