```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/27/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
JAIME PACHECO,                   :

                Plaintiff Pro Se,   :

    -against-                   :

NEW YORK CITY DEPT. OF           :
CORRECTIONS, ANNA M. KROSS
CENTER, DEPUTY TINDAL, DEPUTY    :
BARRETT, CAPTAIN JOHN, CAPTAIN
RAKESTRAW, CAPTAIN ZOUHBI,       :
CAPTAIN MCFARELANE, C.O.
LATTIMORE, C.O. ATTMORE, C.O.    :
GOODMAN,
                                 :
                   Defendants.
---------------------------------X

07 Civ. 7904 (WHP)

ORDER

WILLIAM H. PAULEY III, District Judge:

    Plaintiff has failed to serve any of the Defendants with copies of the summons and complaint. The initial pre-trial conference currently scheduled for November 30, 2007 is adjourned to March 7, 2008 at 10:30 a.m. Plaintiff is directed to serve each of the Defendants by February 15, 2008, or this action will be subject to dismissal for failure to prosecute.

Dated:    November 26, 2007
             New York, New York

                                    SO ORDERED:

                                    _____
                                    WILLIAM H. PAULEY III
                                        U.S.D.J.

*Copy mailed to*:

Jaime Pacheco
DIN: 00-R-5057
c/o Bare Hill Correctional Facility
Caller Box 20, 181 Brand Road
Malone, NY 12953
*Plaintiff Pro Se*