```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
JAIME PACHECO,                     :
                                      07 Civ. 7904 (WHP)
            Plaintiff Pro Se,      :
                                      ORDER
    -against-                      :

NEW YORK CITY DEPT. OF             :
CORRECTIONS, ANNA M. KROSS
CENTER, DEPUTY TINDAL, DEPUTY      :
BARRETT, CAPTAIN JOHN, CAPTAIN
RAKESTRAW, CAPTAIN ZOUHBI,         :
CAPTAIN MCFARELANE, C.O.
LATTIMORE, C.O. ATTMORE, C.O.      :
GOODMAN,
                                   :
            Defendants.
----------------------------------X
```

WILLIAM H. PAULEY III, District Judge:

The initial pretrial conference scheduled for March 7, 2008 is adjourned to April 18, 2008 at 10:30 a.m. Plaintiff is directed to confer with Defendants by April 11, 2008, or this action will be subject to dismissal for failure to prosecute.

Dated:   March 5, 2008
         New York, New York

                                SO ORDERED:

                                _____
                                WILLIAM H. PAULEY III
                                U.S.D.J.

1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/7/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
JAIME PACHECO,                                       :

                Plaintiff Pro Se,        :       07 Civ. 7904 (WHP)

    -against-                                       :       ORDER

NEW YORK CITY DEPT. OF                               :
CORRECTIONS, ANNA M. KROSS
CENTER, DEPUTY TINDAL, DEPUTY                        :
BARRETT, CAPTAIN JOHN, CAPTAIN
RAKESTRAW, CAPTAIN ZOUHBI,                           :
CAPTAIN MCFARELANE, C.O.
LATTIMORE, C.O. ATTMORE, C.O.                        :
GOODMAN,
                                       :
                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

       The initial pretrial conference scheduled for March 7, 2008 is adjourned to April 18, 2008 at 10:30 a.m. Plaintiff is directed to confer with Defendants by April 11, 2008, or this action will be subject to dismissal for failure to prosecute.

Dated:    March 5, 2008
            New York, New York

                                     SO ORDERED:

                                     WILLIAM H. PAULEY III
                                     U.S.D.J.

*Copy mailed to*:

Jaime Pacheco
931 East 169th Street Room 5
Bronx, NY 10459
*Plaintiff Pro Se*

Toni Lynn Gantz, Esq.
New York City Law Department
100 Church Street
New York, NY 10007
*Counsel for Defendants*