UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
JAIME PACHECO,                          :

                Plaintiff Pro Se,   :

      -against-                         :

NEW YORK CITY DEPT. OF                  :
CORRECTIONS, ANNA M. KROSS
CENTER, DEPUTY TINDAL, DEPUTY           :
BARRETT, CAPTAIN JOHN, CAPTAIN
RAKESTRAW, CAPTAIN ZOUHBI,              :
CAPTAIN MCFARELANE, C.O.
LATTIMORE, C.O. ATTMORE, C.O.           :
GOODMAN,
                                    :
                Defendants.
----------------------------------------X

07 Civ. 7904 (WHP)

ORDER

WILLIAM H. PAULEY III, District Judge:

        Plaintiff having failed to confer with Defendants pursuant to this Court's Order dated March 5, 2008, the action is dismissed for failure to prosecute.

Dated:   April 16, 2008
           New York, New York

                                SO ORDERED:

                                WILLIAM H. PAULEY III
                                U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/08

*Copy mailed to*:

Jaime Pacheco
931 East 169th Street Room 5
Bronx, NY 10459
*Plaintiff <u>Pro Se</u>*

Toni Lynn Gantz, Esq.
New York City Law Department
100 Church Street
New York, NY 10007
*Counsel for Defendants*